

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00592-CR

Joaquin Alberto **DAVILA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2013CRB377-L2
Honorable Jesus Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 17, 2015.

_____
Marialyn Barnard, Justice